**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:18-cv-01604

LISA C. NAVE,

    Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that LISA C. NAVE ("Plaintiff"), hereby notifies the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 60 days. The Parties propose to file a stipulated dismissal, with prejudice, within 60 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 20th day of August, 2018.

    s/ Nathan C. Volheim
    *Nathan C. Volheim*
    Sulaiman Law Group, Ltd.
    2500 S. Highland Avenue, Suite 200
    Lombard, Illinois 60148
    Telephone: (630) 575-8181 x113
    Fax: (630) 575-8188
    Email: nvolheim@sulaimanlaw.com
    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

      I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

                                                    s/ Nathan C. Volheim_____
                                                    Nathan C. Volheim