**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 18-cv-01604-NRN

LISA C. NAVE,

        Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

        Defendant.
_____

**STIPULATION OF DISMISSAL OF CASE WITH PREJUDICE**
_____

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendant hereto, appearing herein through their respective undersigned counsel of record, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) that the above-entitled action has been settled, and the parties hereby stipulate to its dismissal on its merits with prejudice, with each party to pay her or its own attorneys' fees and costs.

Respectfully submitted on September 27, 2018.

| | |
|---|---|
| *s/ Nathan C. Volheim* | *s/ Louis Leonard Galvis* |
| Nathan C. Volheim | Louis Leonard Galvis |
| Taxiarchis Hatzidimitriadis | SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC |
| SULAIMAN LAW GROUP, LTD. | 645 Stonington Lane |
| 2500 S. Highland Avenue, Suite 200 | Fort Collins, CO  80525 |
| Lombard, IL  60148 | Telephone:  (970) 223-4420 |
| Telephone:  (630) 575-8181 | E-mail:  lgalvis@sessions.legal |
| E-mail:nvolheim@sulaimanlaw.com | |
|      thatz@sulaimanlaw.com | ***Attorneys for Defendant*** |
| | |
| ***Attorneys for Plaintiff*** | |

## CERTIFICATE OF SERVICE

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____
Nathan C. Volheim